AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DELGADO-COLON, AIDA M. | DISTRICT COURT OF PUERTO RICO | 5/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III (ACTIVE) | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

CH 111, FEDERAL BUILDING
150 CHARDON AVENUE
SAN JUAN PR 00918

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DELGADO-COLON, AIDA M.** | 5/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DELGADO-COLON, AIDA M.** | 5/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Banco Popular de Puerto Rico | Mortgage on Real Estate/Rental Property | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Caribe Federal Credit Union | A | Dividend | L | T | | | | | |
| 2.  AXA/Equitable: Life Insurance (H) | A | Dividend | J | T | | | | | |
| 3.  a. AXA Moderate Plus Allocation Portfolio | A | Dividend | J | T | | | | | |
| 4.  Coop. Ahorro y Credito/Value Equity | A | Interest | K | T | | | | | |
| 5.  Real Estate Property #1 (12.5% Interest) | | None | M | Q | | | | | See note in Part VIII |
| 6.  Real Estate Property #2 (12.5% Interest) | | None | M | Q | | | | | See note in Part VIII |
| 7.  Real Estate Property (Mortgage) | D | Rent | O | R | | | | | See note in Part VIII |
| 8.  Pen Fed Credit Union-CD | E | Dividend | K | T | | | K | | See note in Part VIII |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 5/14/2020 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Caribe Federal Credit Union; San Juan, P.R. (Cash and Savings Account).

2-3. AXA/Equitable Life Insurance: The fund pursues its investments objectives by investing in other mutual funds (over 6,000) managed by AXA Equitable Funds. Approximately 70% of its assests are invested in equity assets class and 30% in the fixed incom assets class through investments in underlying funds. There is not one specific identificable investment. The top 3 holdings for example were: ATM Large Cap Managed Volatility K (16.27%); EQ Intermediate Government Bond K (12.49%); EQ/Core Bond Index K (8.86%), etc.

4. In late 2001 or early 2002, I found out that my ▇▇▇▇ had opened this savings account under my name. Thus, it was reported in the AO-10 financial reports of 2002-2004. (Upon my ▇▇▇▇ death on January 20, 2003, said funds were transferred under the estate and/or my ▇▇▇▇ name).

5. Real Estate Property No. 1 - Residential Property: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003. Since 2003, property is part of the ▇▇▇▇ estate.

6. Real Estate Property No. 2 - 29 acres of land: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003. Since 2003, property is part of the ▇▇▇▇ estate.

7. Real Estate Property No. 3 - located in the San Juan metropolitan area; Puerto Rico; acquired in April 27, 2012 for $594,792, its use fluctuates between personal use and rental usage. During 2019 the property was not rented.

8. Certificate of Deposit (CD) Account, Pen Fed Cedit Union-Funds-I originate from an account at Banco Popular. Funds belong to my ▇▇▇▇, I appear as co-signer/co-owner.

| Name of Person Reporting | Date of Report |
|---|---|
| **DELGADO-COLON, AIDA M.** | 5/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AIDA M. DELGADO-COLON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544